APPEAL OF THE FARMERS' LOAN & TRUST CO. AND ISA-
BELLE W. TILFORD, EXECUTORS, ESTATE OF HENRY MOR-
GAN TILFORD, DECEASED.

Docket No. 3286.   Submitted July 3, 1925.   Decided February 18, 1926.

> The New York State transfer tax *held* a legal deduction from
> the gross income of the estate during the period of administration.

*Russell L. Bradford, Esq.*, for the taxpayer.
*E. C. Lake, Esq.*, for the Commissioner.

Before SMITH, JAMES, LITTLETON, and TRUSSELL.

### FINDINGS OF FACT.

Henry Morgan Tilford was a resident of Tuxedo Park, N. Y.   He
died on December 3, 1919, leaving a will naming The Farmers' Loan
& Trust Co. and Isabelle W. Tilford as executor and executrix,
respectively.

An income-tax return was filed for the estate, for the year 1920,
on or before the date specified for the filing of such return.   Sub-
sequently, an amended return was filed for that year, showing gross
income of approximately $580,623.68, and deductions of $163.58,
representing interest paid, and $923,974.30 as estate, transfer, and
inheritance taxes paid to the various States in which the testator
owned property.   Of the amount so deducted, $605,976.18 was paid
to the State of New York as transfer tax.

The books of the taxpayer were examined by a field agent of the
Bureau of Internal Revenue, who reported the gross income of the
estate at $580,720.62, and allowable deductions as follows: Interest,
$163.58; amounts distributable to beneficiaries, $169,079.94; and
transfer taxes paid to the States of Maryland, Pennsylvania, and
Utah, in the amount of $14,166.01.   The amount paid as transfer
tax to the State of New York was disallowed as a deduction.   The
report of the revenue agent was accepted by the Commissioner in
determining the deficiency here in question.

### DECISION.

The determination of the Commissioner is disallowed.

OPINION.

SMITH: The asserted deficiency in this appeal rests entirely upon the claim of the Commissioner that the New York State transfer tax is not an allowable deduction from gross income. Both the courts and the Board have held otherwise. *Keith* v. *Johnson*, 3 Fed. (2d) 361; *Farmers' Loan & Trust Co.* v. *United States*, 9 Fed. (2d) 688; *Appeal of Edgar Munson*, 3 B. T. A. 185; *Appeal of Farmers Loan & Trust Co.*, 3 B. T. A. 97.